# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160130

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 160130
                                    COA: 338670
                                    Oakland CC: 2016-258556-FH

FRANK CORRIDORE,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 27, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2020



Clerk

s0408